IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02000-LTB

ERIC SCHWARTZ,

    Applicant,

v.

JOE PELLE,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 25, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 25 day of September, 2015.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/A. García Gallegos
                        Deputy Clerk